UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARIO P. TELLO, | ) | 2:12-CV-01040-GMN-RJJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BANK OF AMERICA, N.A.., et al., | ) | |
| Defendants. | ) | |

This matter was referred to the undersigned Magistrate Judge on Defendants' Motion to Stay Discovery While Defendants' Motion to Dismiss [Dkt. 5] is Pending (#33).

The Court having reviewed the Motion (#33), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery While Defendants' Motion to Dismiss [Dkt. 5] is Pending (#33) is **GRANTED**.

DATED this 30th day of October, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge