UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIO P. TELLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BANK OF AMERICA NA, et al, ) <br> ) <br> Defendants. ) <br> ) | 2:12-cv-01040-GMN-NJK <br><br> **O R D E R** |

This matter came before the Court on the Plaintiff's Motion for Clarification of Discovery Status (Dkt. # 55).

On May 24, 2012, the Plaintiff filed a Complaint against the Defendants in the Eighth Judicial District Court of the State of Nevada. On June 19, 2012, the Defendants petitioned to remove the case to this Court. Dkt. # 1. On June 26, 2012, the Defendants filed a Motion to Dismiss the Complaint. Dkt. #5. The Court entered a scheduling order on August 27, 2012, which set the discovery deadline for December 21, 2012. Dkt. #22.

On October 29, 2012, the Defendants filed a Motion to Stay Discovery While Defendants' Motion to Dismiss [Dkt. 5] is Pending. Dkt. #33. The Court granted that motion on October 30, 2012, thereby staying all discovery in this case until the Court ruled on Dkt. #5. Dkt. #34.

. . . .

. . . .

. . . .

...

1  On March 29, 2013, the Court ruled on Dkt. #5. Dkt. #45. Since the order staying discovery
2  explicitly stated that discovery was stayed only during the pendency of Dkt. #5, which is no longer
3  pending, discovery in this case is no longer stayed.[1]

4  Based on the foregoing, and good cause appearing therefore,

5  **IT IS HEREBY ORDERED** that the Plaintiff's Motion (Dkt. # 55) is **GRANTED**.

6  **IT IS FURTHER ORDERED** that, no later than July 15, 2013, the parties must submit
7  either a joint proposed discovery plan and scheduling order, or a renewed motion or stipulation to
8  stay discovery pending the Court's ruling on the Motion to Dismiss. Any motion or stipulation to
9  stay discovery must contain an analysis of the proper standards to stay discovery pending a motion
10 to dismiss.

11 DATED this __8th__ day of July, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court notes that, in response to the ruling on Dkt. #5, the Plaintiff filed a first amended complaint on April 22, 2013. Dkt. # 47. On May 7, 2013, the Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint With Prejudice. Dkt. #48. The stay of discovery, however, was granted solely during the pendency of Dkt. #5, which is no longer pending. Dkt. 34.

- 2 -